**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1673**

MIREILLE ESSONG ENGOULOU,

Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A98-317-657)

Submitted:  March 12, 2008          Decided:  April 4, 2008

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ronald D. Richey, LAW OFFICES OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner.  Jeffrey S. Bucholtz, Assistant Attorney General, James A. Hunolt, Senior Litigation Counsel, David Schor, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mireille Essong Engoulou, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reconsider a prior order of the Board denying a motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the Board's order. See 8 C.F.R. § 1003.2(a) (2007) (standard of review); Jean v. Gonzales, 435 F.3d 475, 481, 482-83 (4th Cir. 2006) (same). We therefore deny the petition for review for the reasons stated by the Board. See In Re: Essong Engoulou, No. A98-317-657 (B.I.A. June 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED